IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KAREN A. DRISKILL,                )
                                  )
              Plaintiff,    )
                                  )
v.                                )   Case No. 11-1288-MLB-KGG
                                  )
WAL-MART STORES, INC.,            )
                                  )
              Defendant.    )
_____ )

## STIPULATION TO DISMISS WITH PREJUDICE

PLEASE TAKE NOTICE that plaintiff, Karen A. Driskill and defendant, Wal-Mart Stores, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of the above-entitled action and request that this action be dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

| AYESH LAW OFFICES | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ Ray E. Simmons | By: /s/ Nicole Hininger Howell |
|     Mark G. Ayesh, #10175 |     Donald S. Prophete (KS No. 77936) |
|     Ray E. Simmons, #12296 |     Nicole Hininger Howell (KS No. 77994) |
|     8100 East 22nd Street North |     Park Central Plaza |
|     Building 2300, Suite 2 |     4717 Grand Avenue, Suite 300 |
|     P. O. Box 781750 |     Kansas City, MO 64112 |
|     Wichita, KS  67278-1750 |     Telephone: 816- 471-1301 |
|     Telephone:  316-682-7381 |     Fax: 816-471-1303 |
|     Fax: 316-682-1729 |     E-mail: don.prophete@ogletreedeakins.com |
|     E-mail: mayesh@ayesh.kscoxmail.com |           nicole.howell@ogletreedeakins.com |
|           rsimmons@ayesh.kscoxmail.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |